*In re* MILLS.

JUVENILE OFFENDERS — REPORT OF COUNTY AGENT — HABEAS CORPUS.
    A juvenile offender sentenced to the industrial school at Lansing will be released on *habeas corpus* where it appears that the report of the county agent, required by 1 Comp. Laws, § 2261, was dated five days after the commitment.

*Habeas corpus* proceedings by Jennie Mills to secure the release of Lee Mills from the industrial school for boys at Lansing. Submitted July 1, 1902. (Calendar No. 19,439.) Prisoner discharged July 29, 1902.

*Gleason, Fitzgibbon & Black*, for petitioner.

*Horace M. Oren*, Attorney General (*Charles W. Mc-Gill*, of counsel), for respondent superintendent of industrial school.

PER CURIAM. Lee Mills, a juvenile offender, was sentenced to the "reform school" at Lansing upon his plea of guilty. The record indicates that the statute (1 Comp. Laws, § 2261) requires a report from the county agent to

be made after the arrest and before further proceedings. That said report must be in writing is clear, for the reason that the law provides that it shall be attached to the commitment if the offender is sentenced to imprisonment. As the commitment is dated October 16, 1901, while the report attached is dated five days later, it is manifest that the statute was not complied with.

The prisoner is therefore discharged.